# EXHIBIT 1

August 13, 2019

Attention: DIVISION OF CORPORATE
FINANCE U.S. SECURITIES AND
EXCHANGE COMMISSION

Via: EDGAR

To Whom It May Concern:

Please delete the following
Alliance Investment Ltd.
(CIK: 0001748828) filings which
were filed under an incorrect
CIK number as they were filed by
Alliance Investment Ltd.
rather than its client who is
the actual beneficial owner of
the Microbot Medical Inc.
(CIK: 0000883975) securities addressed
in the filings:

1.   Form 4 – filed 1-17-2019
2.   Form 3 – filed 1-17-2019
3.   SC 13D – filed 8-8-2018
4.   SC 13D – filed 8-8-2018

Regards,
ALLIANCE INVESTMENT MANAGEMENT LIMITED

Peter D. Chin
President

# ALLIANCE
INVESTMENT MANAGEMENT LIMITED

August 13, 2019

Attention: DIVISION OF CORPORATE FINANCE U.S. SECURITIES AND EXCHANGE COMMISSION

Via: EDGAR

To Whom It May Concern:

Please delete the following Alliance Investment Ltd. (CIK: 0001748828) filings which were filed under an incorrect CIK number as they were filed by Alliance Investment Ltd. rather than its client who is the actual beneficial owner of the Microbot Medical Inc. (CIK: 0000883975) securities addressed in the filings:

1. Form 4 - filed 1-17-2019
2. Form 3 - filed 1-17-2019
3. SC 13D - filed 8-8-2018
4. SC 13D - filed 8-8-2018

Regards,
ALLIANCE INVESTMENT MANAGEMENT LIMITED

*[signature: Peter D. Chin]*

Peter D. Chin
President

*[stamp:]* Alliance Investment Management Limited
7 Belmont Road
Kingston 5
Jamaica W.I.
Tel: 876-960-4321-6

KINGSTON: 7 Belmont Road, Kingston 5, Jamaica • Tel (876) 960 4321-6, Fax (876) 960 4327
MANDEVILLE: 1 Manchester Road, Mandeville, Jamaica • Tel (876) 961 0330, Fax (876) 961 4568
E-mail info@allianceinvestment.com, Website www.allianceinvestment.com

DIRECTORS: Peter D. Chin, Robert G. Chin, Larry Chin

-----Original Message-----
From: edgar-postmaster@sec.gov <edgar-postmaster@sec.gov>
Sent: Wednesday, August 14, 2019 10:25 AM
To: cpeart@allianceinvestment.com; dthompson@allianceinvestment.com; peterchin@allianceinvestment.com
Subject: ACCEPTED FORM TYPE CORRESP (0001748828-19-000006)


THE FOLLOWING SUBMISSION HAS BEEN ACCEPTED BY THE U.S. SECURITIES AND EXCHANGE COMMISSION.


COMPANY:     Alliance Investment Management Ltd
FORM TYPE:   CORRESP          NUMBER OF DOCUMENTS: 1
RECEIVED DATE: 14-Aug-2019 11:25   ACCEPTED DATE:   14-Aug-2019 11:25
TEST FILING:  NO           CONFIRMING COPY:    NO

ACCESSION NUMBER: 0001748828-19-000006

FILE NUMBER(S):
  1. None.

THE PASSWORD FOR LOGIN CIK 0001748828 WILL EXPIRE 12-Aug-2020 16:57.

PLEASE REFER TO THE ACCESSION NUMBER LISTED ABOVE FOR FUTURE INQUIRIES.

REGISTRANT(S):

  1. CIK:     0001748828
     COMPANY:   Alliance Investment Management Ltd
     FORM TYPE: CORRESP
     FILE NUMBER(S):
       1. None.


-------------------------------- NOTICE ---------------------------------

URGENT: Verify that all of your addresses on the EDGAR database are correct.
An incorrect address in the EDGAR Accounting Contact Name and Address
information may result in your fee Account Activity Statement being returned
to the SEC as undeliverable. Please correct outdated addresses via the EDGAR
filing website.

The EDGAR system is available to receive and process filings from
6:00 a.m. to 10:00 p.m. Eastern Time on business days. Filer Support staff
members are available to respond to requests for assistance from
9:00 a.m. to 5:30 p.m. Eastern Time.

We strongly encourage you to visit the Filing Website at
https://www.edgarfiling.sec.gov. You can download our current version of the
EDGARLink/Windows software and templates, the Filer Manual, receive on-line
help, and access Frequently Asked Questions.