# EXHIBIT 2





U.S. Securities and Exchange Commission

# EDGAR Search Results

EDGAR Search Results BETA View



**Microbot Medical Inc. CIK#: 0000883975 (see all company filings)**

SIC: 2836 - BIOLOGICAL PRODUCTS (NO DIAGNOSTIC SUBSTANCES)
State location: MA | State of Inc.: **DE** | Fiscal Year End: 1231
formerly: CYTOTHERAPEUTICS INC/DE (filings through 2000-05-15)
formerly: STEMCELLS INC (filings through 2016-11-15)
(Assistant Director Office: 1)
Get **insider transactions** for this **issuer**.

Business Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043
908-938-5561

Mailing Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043

Filter Results: Filing Type: Prior to: (YYYYMMDD) Ownership? include exclude only Limit Results Per Page 40 Entries Search Show All

Items 1 - 40 RSS Feed Next 40

| Filings | Format | | Description | Filing Date | File/Film Number |
|---|---|---|---|---|---|
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)] Acc-no: 0001493152-19-012348 (34 Act) Size: 3 MB | 2019-08-14 | 000-19871 191023939 |
| DEF 14A | Documents | | Other definitive proxy statements Acc-no: 0001493152-19-011974 (34 Act) Size: 659 KB | 2019-08-09 | 000-19871 191012446 |
| PRE 14A | Documents | | Other preliminary proxy statements Acc-no: 0001493152-19-011295 (34 Act) Size: 664 KB | 2019-07-30 | 000-19871 19982692 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-011008 (34 Act) Size: 54 KB | 2019-07-24 | 000-19871 19969246 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)] Acc-no: 0001493152-19-007400 (34 Act) Size: 3 MB | 2019-05-15 | 000-19871 19828348 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-005751 (34 Act) Size: 55 KB | 2019-04-23 | 000-19871 19760663 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405] Acc-no: 0001493152-19-004545 (34 Act) Size: 5 MB | 2019-04-01 | 000-19871 19721252 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-002806 (34 Act) Size: 47 KB | 2019-03-04 | 000-19871 19651996 |
| 8-K | Documents | | Current report, items 8.01 and 9.01 Acc-no: 0001493152-19-002798 (34 Act) Size: 50 KB | 2019-03-01 | 000-19871 19650865 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933 Acc-no: 0001493152-19-001570 (33 Act) Size: 9 MB | 2019-02-08 | 333-228285 19577117 |
| D | Documents | | Notice of Exempt Offering of Securities, item 06b Acc-no: 0001009448-19-000001 (33 Act) Size: 12 KB | 2019-02-05 | 021-332145 19566606 |
| 8-K | Documents | | Current report, item 5.02 Acc-no: 0001493152-19-001355 (34 Act) Size: 27 KB | 2019-02-05 | 000-19871 19565911 |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01 Acc-no: 0001493152-19-000969 (34 Act) Size: 624 KB | 2019-01-25 | 000-19871 19543105 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals Acc-no: 0000919574-19-000616 (34 Act) Size: 107 KB | 2019-01-25 | 005-42389 19542848 |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)] Acc-no: 0001493152-19-000937 (33 Act) Size: 695 KB | 2019-01-25 | 333-217076 19541648 |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01 Acc-no: 0001493152-19-000744 (34 Act) Size: 459 KB | 2019-01-17 | 000-19871 19531350 |

| | | | | | |
|---|---|---|---|---|---|
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-19-000735 (33 Act) Size: 672 KB | 2019-01-17 | 333-217076<br>19530539 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000728 (34 Act) Size: 73 KB | 2019-01-17 | 000-19871<br>19530122 |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01<br>Acc-no: 0001493152-19-000672 (34 Act) Size: 679 KB | 2019-01-16 | 000-19871<br>19527919 |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-19-000647 (33 Act) Size: 700 KB | 2019-01-15 | 333-217076<br>19526865 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-19-000591 (34 Act) Size: 106 KB | 2019-01-14 | 000-19871<br>19524966 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000544 (34 Act) Size: 142 KB | 2019-01-14 | 000-19871<br>19523631 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000216 (34 Act) Size: 85 KB | 2019-01-07 | 000-19871<br>19512135 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-018093 (33 Act) Size: 8 MB | 2018-12-31 | 333-228285<br>181258542 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-017616 (33 Act) Size: 8 MB | 2018-12-17 | 333-228285<br>181238900 |
| 8-K | Documents | | Current report, items 5.03 and 9.01<br>Acc-no: 0001493152-18-017395 (34 Act) Size: 43 KB | 2018-12-12 | 000-19871<br>181231520 |
| 8-K | Documents | | Current report, item 3.02<br>Acc-no: 0001493152-18-016890 (34 Act) Size: 26 KB | 2018-11-30 | 000-19871<br>181209907 |
| FWP | Documents | | Filing under Securities Act Rules 163/433 of free writing prospectuses<br>Acc-no: 0001493152-18-016732 (34 Act) Size: 4 MB | 2018-11-27 | 333-228285<br>181202045 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-016474 (33 Act) Size: 8 MB | 2018-11-19 | 333-228285<br>181192618 |
| 8-K/A | Documents | | **[Amend]** Current report, item 9.01<br>Acc-no: 0001493152-18-016402 (34 Act) Size: 68 KB | 2018-11-19 | 000-19871<br>181191226 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-015985 (34 Act) Size: 3 MB | 2018-11-14 | 000-19871<br>181182627 |
| S-1 | Documents | Interactive Data | General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-015496 (33 Act) Size: 8 MB | 2018-11-08 | 333-228285<br>181170736 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-013965 (34 Act) Size: 24 MB | 2018-10-01 | 000-19871<br>181098586 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-18-013927 (34 Act) Size: 50 KB | 2018-10-01 | 000-19871<br>181095902 |
| 8-K | Documents | | Current report, items 3.03, 5.03, 5.07, 7.01, and 9.01<br>Acc-no: 0001493152-18-012872 (34 Act) Size: 2 MB | 2018-09-04 | 000-19871<br>181052918 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-011667 (34 Act) Size: 3 MB | 2018-08-14 | 000-19871<br>181015710 |
| SC 13D | Documents | | General statement of acquisition of beneficial ownership<br>Acc-no: 0001748828-18-000002 (34 Act) Size: 4 KB | 2018-08-08 | 005-42389<br>181001121 |
| DEFR14A | Documents | | Revised definitive proxy soliciting materials<br>Acc-no: 0001493152-18-010551 (34 Act) Size: 849 KB | 2018-07-27 | 000-19871<br>18973166 |
| DEF 14A | Documents | | Other definitive proxy statements<br>Acc-no: 0001493152-18-010510 (34 Act) Size: 843 KB | 2018-07-26 | 000-19871<br>18971140 |
| PRE 14A | Documents | | Other preliminary proxy statements<br>Acc-no: 0001493152-18-010035 (34 Act) Size: 372 KB | 2018-07-16 | 000-19871<br>18954345 |

Next 40

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page

Modified 07/18/2014





# EDGAR Search Results

EDGAR Search Results BETA View



**Microbot Medical Inc. CIK#: 0000883975 (see all company filings)**

SIC: 2836 - BIOLOGICAL PRODUCTS (NO DIAGNOSTIC SUBSTANCES)
State location: MA | State of Inc.: **DE** | Fiscal Year End: 1231
formerly: CYTOTHERAPEUTICS INC/DE (filings through 2000-05-15)
formerly: STEMCELLS INC (filings through 2016-11-15)
(Assistant Director Office: 1)
Get **insider transactions** for this **issuer**.

Business Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043
908-938-5561

Mailing Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043

Filter Results: Filing Type: Prior to: (YYYYMMDD) Ownership? include exclude only Limit Results Per Page 40 Entries Search Show All

Items 41 - 80 RSS Feed Previous 40 Next 40

| Filings | Format | | Description | Filing Date | File/Film Number |
|---|---|---|---|---|---|
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-009141 (34 Act) Size: 47 KB | 2018-06-25 | 000-19871<br>18916130 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-008807 (34 Act) Size: 47 KB | 2018-06-18 | 000-19871<br>18903585 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007958 (34 Act) Size: 69 KB | 2018-05-30 | 000-19871<br>18866555 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007898 (34 Act) Size: 69 KB | 2018-05-29 | 000-19871<br>18862936 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007794 (34 Act) Size: 51 KB | 2018-05-25 | 000-19871<br>18859645 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007690 (34 Act) Size: 50 KB | 2018-05-23 | 000-19871<br>18854070 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007496 (34 Act) Size: 59 KB | 2018-05-21 | 000-19871<br>18848386 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-006940 (34 Act) Size: 3 MB | 2018-05-15 | 000-19871<br>18834769 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-006449 (34 Act) Size: 46 KB | 2018-05-09 | 000-19871<br>18816923 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-18-005231 (34 Act) Size: 61 KB | 2018-04-16 | 000-19871<br>18756725 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-005064 (34 Act) Size: 49 KB | 2018-04-12 | 000-19871<br>18751189 |
| 8-K | Documents | | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001493152-18-004835 (34 Act) Size: 54 KB | 2018-04-05 | 000-19871<br>18740859 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0001493152-18-004562 (34 Act) Size: 5 MB | 2018-04-02 | 000-19871<br>18730459 |
| 8-K | Documents | | Current report, item 3.01<br>Acc-no: 0001493152-18-004004 (34 Act) Size: 28 KB | 2018-03-28 | 000-19871<br>18717958 |
| 8-K | Documents | | Current report, items 3.02, 7.01, and 9.01<br>Acc-no: 0001493152-18-001284 (34 Act) Size: 100 KB | 2018-01-31 | 000-19871<br>18561621 |
| 8-K | Documents | | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001493152-18-000286 (34 Act) Size: 483 KB | 2018-01-08 | 000-19871<br>18515314 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 | 2017-12-14 | 000-19871 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Acc-no: 0001493152-17-014586 (34 Act) Size: 47 KB | | 171255192 |
| 8-K | Documents | | Current report, items 5.02 and 9.01<br>Acc-no: 0001493152-17-014483 (34 Act) Size: 58 KB | 2017-12-12 | 000-19871<br>171250893 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-17-013222 (34 Act) Size: 3 MB | 2017-11-14 | 000-19871<br>171202082 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-17-012595 (34 Act) Size: 52 KB | 2017-11-08 | 000-19871<br>171186414 |
| S-8 | Documents | | Securities to be offered to employees in employee benefit plans<br>Acc-no: 0001493152-17-012167 (33 Act) Size: 550 KB | 2017-10-30 | 333-221216<br>171162913 |
| SC 13D/A | Documents | | **[Amend]** General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-012080 (34 Act) Size: 86 KB | 2017-10-26 | 005-42389<br>171155656 |
| 8-K/A | Documents | | **[Amend]** Current report, items 3.02 and 5.02<br>Acc-no: 0001493152-17-011816 (34 Act) Size: 40 KB | 2017-10-19 | 000-19871<br>171144163 |
| SC 13D/A | Documents | | **[Amend]** General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-011783 (34 Act) Size: 84 KB | 2017-10-18 | 005-42389<br>171143167 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010910 (34 Act) Size: 11 MB | 2017-09-26 | 000-19871<br>171101565 |
| 8-K | Documents | | Current report, items 3.02 and 5.02<br>Acc-no: 0001493152-17-010762 (34 Act) Size: 33 KB | 2017-09-20 | 000-19871<br>171093445 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010650 (34 Act) Size: 47 KB | 2017-09-15 | 000-19871<br>171087685 |
| 8-K | Documents | | Current report, item 5.07<br>Acc-no: 0001493152-17-010601 (34 Act) Size: 45 KB | 2017-09-14 | 000-19871<br>171085724 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010344 (34 Act) Size: 2 MB | 2017-09-08 | 000-19871<br>171075383 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-008834 (34 Act) Size: 42 KB | 2017-08-16 | 005-42389<br>171035764 |
| 8-K | Documents | | Current report, items 2.02 and 9.01<br>Acc-no: 0001493152-17-009340 (34 Act) Size: 108 KB | 2017-08-15 | 000-19871<br>171032216 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-17-009271 (34 Act) Size: 3 MB | 2017-08-14 | 000-19871<br>171031286 |
| DEF 14A | Documents | | Other definitive proxy statements<br>Acc-no: 0001493152-17-008987 (34 Act) Size: 869 KB | 2017-08-11 | 000-19871<br>171026019 |
| 8-K | Documents | | Current report, items 3.02, 7.01, and 9.01<br>Acc-no: 0001493152-17-008962 (34 Act) Size: 49 KB | 2017-08-11 | 000-19871<br>171024702 |
| 8-K | Documents | | Current report, item 5.08<br>Acc-no: 0001493152-17-008182 (34 Act) Size: 26 KB | 2017-07-26 | 000-19871<br>17982801 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-007554 (34 Act) Size: 40 KB | 2017-07-14 | 005-42389<br>17964227 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-007284 (34 Act) Size: 40 KB | 2017-07-07 | 005-42389<br>17955927 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-006847 (34 Act) Size: 40 KB | 2017-06-26 | 005-42389<br>17930690 |
| SC 13G/A | Documents | | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-006727 (34 Act) Size: 40 KB | 2017-06-22 | 005-42389<br>17925107 |
| SC 13D/A | Documents | | **[Amend]** General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-006907 (34 Act) Size: 57 KB | 2017-06-20 | 005-42389<br>17921387 |

Previous 40 Next 40

https://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page Modified 07/18/2014