# EXHIBIT A



Home | Latest Filings | Previous Page

**U.S. Securities and Exchange Commission**

# EDGAR Search Results

EDGAR Search Results BETA View

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Microbot Medical Inc. CIK#: 0000883975 (see all company filings)**

SIC: 2836 - BIOLOGICAL PRODUCTS (NO DIAGNOSTIC SUBSTANCES)
State location: MA | State of Inc.: DE | Fiscal Year End: 1231
formerly: CYTOTHERAPEUTICS INC/DE (filings through 2000-05-15)
formerly: STEMCELLS INC (filings through 2016-11-15)
(Assistant Director Office: 1)
Get **insider transactions** for this **issuer**.

Business Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043
908-938-5561

Mailing Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043

Filter Results:
Filing Type: [ ]
Prior to: (YYYYMMDD) [ ]
Ownership? ● include ○ exclude ○ only
Limit Results Per Page: 100 Entries
[ Search ] [ Show All ]

Items 1 - 100   RSS Feed                                                                                              [ Next 100 ]

| Filings | Format | | Description | | Filing Date | File/Film Number |
|---|---|---|---|---|---|---|
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)] Acc-no: 0001493152-19-012348 (34 Act) | Size: 3 MB | 2019-08-14 | 000-19871 191023939 |
| DEF 14A | Documents | | Other definitive proxy statements Acc-no: 0001493152-19-011974 (34 Act) | Size: 659 KB | 2019-08-09 | 000-19871 191012446 |
| PRE 14A | Documents | | Other preliminary proxy statements Acc-no: 0001493152-19-011295 (34 Act) | Size: 664 KB | 2019-07-30 | 000-19871 19982692 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-011008 (34 Act) | Size: 54 KB | 2019-07-24 | 000-19871 19969246 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)] Acc-no: 0001493152-19-007400 (34 Act) | Size: 3 MB | 2019-05-15 | 000-19871 19828348 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-005751 (34 Act) | Size: 55 KB | 2019-04-23 | 000-19871 19760663 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405] Acc-no: 0001493152-19-004545 (34 Act) | Size: 5 MB | 2019-04-01 | 000-19871 19721252 |
| 8-K | Documents | | Current report, items 7.01 and 9.01 Acc-no: 0001493152-19-002806 (34 Act) | Size: 47 KB | 2019-03-04 | 000-19871 19651996 |
| 8-K | Documents | | Current report, items 8.01 and 9.01 Acc-no: 0001493152-19-002798 (34 Act) | Size: 50 KB | 2019-03-01 | 000-19871 19650865 |
| | | | [Amend] General form for registration of securities | | | 333-228285 |

| Form | | | Description | Date | File No. |
|---|---|---|---|---|---|
| S-1/A | Documents | Interactive Data | under the Securities Act of 1933<br>Acc-no: 0001493152-19-001570 (33 Act)  Size: 9 MB | 2019-02-08 | 19577117 |
| D | Documents | | Notice of Exempt Offering of Securities, item 06b<br>Acc-no: 0001009448-19-000001 (33 Act)  Size: 12 KB | 2019-02-05 | 021-332145<br>19566606 |
| 8-K | Documents | | Current report, item 5.02<br>Acc-no: 0001493152-19-001355 (34 Act)  Size: 27 KB | 2019-02-05 | 000-19871<br>19565911 |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01<br>Acc-no: 0001493152-19-000969 (34 Act)  Size: 624 KB | 2019-01-25 | 000-19871<br>19543105 |
| SC 13G/A | Documents | | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000919574-19-000616 (34 Act)  Size: 107 KB | 2019-01-25 | 005-42389<br>19542848 |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-19-000937 (33 Act)  Size: 695 KB | 2019-01-25 | 333-217076<br>19541648 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-19-000868 Size: 5 KB | 2019-01-23 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-19-000866 Size: 5 KB | 2019-01-23 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-19-000864 Size: 5 KB | 2019-01-23 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-19-000863 Size: 5 KB | 2019-01-23 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-19-000862 Size: 5 KB | 2019-01-23 | |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01<br>Acc-no: 0001493152-19-000744 (34 Act)  Size: 459 KB | 2019-01-17 | 000-19871<br>19531350 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001748828-19-000004 Size: 23 KB | 2019-01-17 | |
| 3 | Documents | | Initial statement of beneficial ownership of securities<br>Acc-no: 0001748828-19-000003 Size: 3 KB | 2019-01-17 | |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-19-000735 (33 Act)  Size: 672 KB | 2019-01-17 | 333-217076<br>19530539 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000728 (34 Act)  Size: 73 KB | 2019-01-17 | 000-19871<br>19530122 |
| 8-K | Documents | | Current report, items 1.01, 3.02, 8.01, and 9.01<br>Acc-no: 0001493152-19-000672 (34 Act)  Size: 679 KB | 2019-01-16 | 000-19871<br>19527919 |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-19-000647 (33 Act)  Size: 700 KB | 2019-01-15 | 333-217076<br>19526865 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-19-000591 (34 Act)  Size: 106 KB | 2019-01-14 | 000-19871<br>19524966 |

| Form | | | Description | Date | File No. |
|---|---|---|---|---|---|
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000544 (34 Act)  Size: 142 KB | 2019-01-14 | 000-19871<br>19523631 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-19-000216 (34 Act)  Size: 85 KB | 2019-01-07 | 000-19871<br>19512135 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-018093 (33 Act)  Size: 8 MB | 2018-12-31 | 333-228285<br>181258542 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-017616 (33 Act)  Size: 8 MB | 2018-12-17 | 333-228285<br>181238900 |
| 8-K | Documents | | Current report, items 5.03 and 9.01<br>Acc-no: 0001493152-18-017395 (34 Act)  Size: 43 KB | 2018-12-12 | 000-19871<br>181231520 |
| 8-K | Documents | | Current report, item 3.02<br>Acc-no: 0001493152-18-016890 (34 Act)  Size: 26 KB | 2018-11-30 | 000-19871<br>181209907 |
| FWP | Documents | | Filing under Securities Act Rules 163/433 of free writing prospectuses<br>Acc-no: 0001493152-18-016732 (34 Act)  Size: 4 MB | 2018-11-27 | 333-228285<br>181202045 |
| S-1/A | Documents | Interactive Data | **[Amend]** General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-016474 (33 Act)  Size: 8 MB | 2018-11-19 | 333-228285<br>181192618 |
| 8-K/A | Documents | | **[Amend]** Current report, item 9.01<br>Acc-no: 0001493152-18-016402 (34 Act)  Size: 68 KB | 2018-11-19 | 000-19871<br>181191226 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-015985 (34 Act)  Size: 3 MB | 2018-11-14 | 000-19871<br>181182627 |
| S-1 | Documents | Interactive Data | General form for registration of securities under the Securities Act of 1933<br>Acc-no: 0001493152-18-015496 (33 Act)  Size: 8 MB | 2018-11-08 | 333-228285<br>181170736 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-013965 (34 Act)  Size: 24 MB | 2018-10-01 | 000-19871<br>181098586 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-18-013927 (34 Act)  Size: 50 KB | 2018-10-01 | 000-19871<br>181095902 |
| 8-K | Documents | | Current report, items 3.03, 5.03, 5.07, 7.01, and 9.01<br>Acc-no: 0001493152-18-012872 (34 Act)  Size: 2 MB | 2018-09-04 | 000-19871<br>181052918 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-011667 (34 Act)  Size: 3 MB | 2018-08-14 | 000-19871<br>181015710 |
| ==SC 13D== | ==Documents== | | ==General statement of acquisition of beneficial ownership==<br>==Acc-no: 0001748828-18-000002 (34 Act)  Size: 4 KB== | ==2018-08-08== | ==005-42389==<br>==181001121== |
| DEFR14A | Documents | | Revised definitive proxy soliciting materials<br>Acc-no: 0001493152-18-010551 (34 Act)  Size: 849 KB | 2018-07-27 | 000-19871<br>18973166 |
| DEF 14A | Documents | | Other definitive proxy statements<br>Acc-no: 0001493152-18-010510 (34 Act)  Size: 843 KB | 2018-07-26 | 000-19871<br>18971140 |
| PRE 14A | Documents | | Other preliminary proxy statements<br>Acc-no: 0001493152-18-010035 (34 Act)  Size: 372 KB | 2018-07-16 | 000-19871<br>18954345 |

| Form | | | Description | Date | File Number |
|---|---|---|---|---|---|
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-009141 (34 Act)  Size: 47 KB | 2018-06-25 | 000-19871<br>18916130 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-008807 (34 Act)  Size: 47 KB | 2018-06-18 | 000-19871<br>18903585 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007958 (34 Act)  Size: 69 KB | 2018-05-30 | 000-19871<br>18866555 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007898 (34 Act)  Size: 69 KB | 2018-05-29 | 000-19871<br>18862936 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007794 (34 Act)  Size: 51 KB | 2018-05-25 | 000-19871<br>18859645 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007690 (34 Act)  Size: 50 KB | 2018-05-23 | 000-19871<br>18854070 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-007496 (34 Act)  Size: 59 KB | 2018-05-21 | 000-19871<br>18848386 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-18-006940 (34 Act)  Size: 3 MB | 2018-05-15 | 000-19871<br>18834769 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-006449 (34 Act)  Size: 46 KB | 2018-05-09 | 000-19871<br>18816923 |
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-18-005231 (34 Act)  Size: 61 KB | 2018-04-16 | 000-19871<br>18756725 |
| 8-K | Documents | | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-18-005064 (34 Act)  Size: 49 KB | 2018-04-12 | 000-19871<br>18751189 |
| 8-K | Documents | | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001493152-18-004835 (34 Act)  Size: 54 KB | 2018-04-05 | 000-19871<br>18740859 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0001493152-18-004562 (34 Act)  Size: 5 MB | 2018-04-02 | 000-19871<br>18730459 |
| 8-K | Documents | | Current report, item 3.01<br>Acc-no: 0001493152-18-004004 (34 Act)  Size: 28 KB | 2018-03-28 | 000-19871<br>18717958 |
| 8-K | Documents | | Current report, items 3.02, 7.01, and 9.01<br>Acc-no: 0001493152-18-001284 (34 Act)  Size: 100 KB | 2018-01-31 | 000-19871<br>18561621 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-18-000959 Size: 5 KB | 2018-01-24 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-18-000421 Size: 5 KB | 2018-01-10 | |
| 8-K | Documents | | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001493152-18-000286 (34 Act)  Size: 483 KB | 2018-01-08 | 000-19871<br>18515314 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-18-000142 Size: 5 KB | 2018-01-04 | |

| | | | | |
|---|---|---|---|---|
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-18-000089 Size: 5 KB | 2018-01-03 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-015176 Size: 5 KB | 2017-12-28 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-015110 Size: 5 KB | 2017-12-27 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014953 Size: 7 KB | 2017-12-21 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001493152-17-014618 Size: 4 KB | 2017-12-14 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014589 Size: 5 KB | 2017-12-14 | |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-014586 (34 Act) Size: 47 KB | 2017-12-14 | 000-19871<br>171255192 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014564 Size: 5 KB | 2017-12-13 | |
| 8-K | Documents | Current report, items 5.02 and 9.01<br>Acc-no: 0001493152-17-014483 (34 Act) Size: 58 KB | 2017-12-12 | 000-19871<br>171250893 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014429 Size: 5 KB | 2017-12-08 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014426 Size: 5 KB | 2017-12-08 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014423 Size: 5 KB | 2017-12-08 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014419 Size: 5 KB | 2017-12-08 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014345 Size: 5 KB | 2017-12-07 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014280 Size: 5 KB | 2017-12-06 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-014245 Size: 6 KB | 2017-12-06 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-013958 Size: 5 KB | 2017-11-29 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-013956 Size: 5 KB | 2017-11-29 | |
| 10-Q | Documents    Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-17-013222 (34 Act) Size: 3 MB | 2017-11-14 | 000-19871<br>171202082 |

| Type | | Description | Date | File Number |
|---|---|---|---|---|
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-17-012595 (34 Act)  Size: 52 KB | 2017-11-08 | 000-19871<br>171186414 |
| S-8 | Documents | Securities to be offered to employees in employee benefit plans<br>Acc-no: 0001493152-17-012167 (33 Act)  Size: 550 KB | 2017-10-30 | 333-221216<br>171162913 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-012080 (34 Act)  Size: 86 KB | 2017-10-26 | 005-42389<br>171155656 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-012078 Size: 7 KB | 2017-10-26 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-012045 Size: 7 KB | 2017-10-25 | |
| 8-K/A | Documents | [Amend] Current report, items 3.02 and 5.02<br>Acc-no: 0001493152-17-011816 (34 Act)  Size: 40 KB | 2017-10-19 | 000-19871<br>171144163 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-011783 (34 Act)  Size: 84 KB | 2017-10-18 | 005-42389<br>171143167 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011739 Size: 5 KB | 2017-10-17 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011518 Size: 7 KB | 2017-10-11 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011465 Size: 6 KB | 2017-10-10 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011463 Size: 5 KB | 2017-10-10 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011297 Size: 8 KB | 2017-10-05 | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-011018 Size: 7 KB | 2017-09-28 | |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010910 (34 Act)  Size: 11 MB | 2017-09-26 | 000-19871<br>171101565 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010887 Size: 26 KB | 2017-09-25 | |

[ Next 100 ]



Home | Latest Filings | Previous Page

# EDGAR Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

**Microbot Medical Inc. CIK#: 0000883975 (see all company filings)**

Business Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043
908-938-5561

Mailing Address
175 DERBY ST. 27/1
.
HINGHAM MA 02043

SIC: 2836 - BIOLOGICAL PRODUCTS (NO DIAGNOSTIC SUBSTANCES)
State location: MA | State of Inc.: DE | Fiscal Year End: 1231
formerly: CYTOTHERAPEUTICS INC/DE (filings through 2000-05-15)
formerly: STEMCELLS INC (filings through 2016-11-15)
(Assistant Director Office: 1)
Get **insider transactions** for this **issuer**.

**Filter Results:** Filing Type: ___ Prior to: (YYYYMMDD) ___ Ownership? ●include ○exclude ○only    Limit Results Per Page: 100 Entries    [Search] [Show All]

Items 101 - 200  RSS Feed    [Previous 100] [Next 100]

| Filings | Format | Description | Filed/Effective | File/Film Number |
|---|---|---|---|---|
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010767 Size: 6 KB | 2017-09-20 | |
| 8-K | Documents | Current report, items 3.02 and 5.02<br>Acc-no: 0001493152-17-010762 (34 Act)  Size: 33 KB | 2017-09-20 | 000-19871<br>171093445 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010718 Size: 8 KB | 2017-09-18 | |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010650 (34 Act)  Size: 47 KB | 2017-09-15 | 000-19871<br>171087685 |
| 8-K | Documents | Current report, item 5.07<br>Acc-no: 0001493152-17-010601 (34 Act)  Size: 45 KB | 2017-09-14 | 000-19871<br>171085724 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010597 Size: 5 KB | 2017-09-14 | |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-010344 (34 Act)  Size: 2 MB | 2017-09-08 | 000-19871<br>171075383 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010332 Size: 8 KB | 2017-09-07 | |
| 4 | | Statement of changes in beneficial ownership of securities | 2017-09-07 | |

| | | | | |
|---|---|---|---|---|
| | Documents | Acc-no: 0001493152-17-010331 Size: 6 KB | | |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001493152-17-010330 Size: 6 KB | 2017-09-07 | |
| SC 13G/A | Documents | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-008834 (34 Act)  Size: 42 KB | 2017-08-16 | 005-42389<br>171035764 |
| 8-K | Documents | Current report, items 2.02 and 9.01<br>Acc-no: 0001493152-17-009340 (34 Act)  Size: 108 KB | 2017-08-15 | 000-19871<br>171032216 |
| 10-Q | Documents   Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-17-009271 (34 Act) Size: 3 MB | 2017-08-14 | 000-19871<br>171031286 |
| DEF 14A | Documents | Other definitive proxy statements<br>Acc-no: 0001493152-17-008987 (34 Act)  Size: 869 KB | 2017-08-11 | 000-19871<br>171026019 |
| 8-K | Documents | Current report, items 3.02, 7.01, and 9.01<br>Acc-no: 0001493152-17-008962 (34 Act)  Size: 49 KB | 2017-08-11 | 000-19871<br>171024702 |
| 8-K | Documents | Current report, item 5.08<br>Acc-no: 0001493152-17-008182 (34 Act)  Size: 26 KB | 2017-07-26 | 000-19871<br>17982801 |
| SC 13G/A | Documents | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-007554 (34 Act)  Size: 40 KB | 2017-07-14 | 005-42389<br>17964227 |
| SC 13G/A | Documents | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-007284 (34 Act)  Size: 40 KB | 2017-07-07 | 005-42389<br>17955927 |
| SC 13G/A | Documents | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-006847 (34 Act)  Size: 40 KB | 2017-06-26 | 005-42389<br>17930690 |
| SC 13G/A | Documents | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-006727 (34 Act)  Size: 40 KB | 2017-06-22 | 005-42389<br>17925107 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-006907 (34 Act)  Size: 57 KB | 2017-06-20 | 005-42389<br>17921387 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-006906 (34 Act)  Size: 96 KB | 2017-06-20 | 005-42389<br>17921378 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-006905 (34 Act)  Size: 81 KB | 2017-06-20 | 005-42389<br>17921362 |
| SC 13D/A | Documents | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001493152-17-006904 (34 Act)  Size: 111 KB | 2017-06-20 | 005-42389<br>17921348 |

| | | | | |
|---|---|---|---|---|
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001213900-17-006660 Size: 4 KB | 2017-06-20 | |
| SC 13G/A | Documents | **[Amend]** Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-006651 (34 Act)  Size: 43 KB | 2017-06-20 | 005-42389<br>17920969 |
| 8-K | Documents | Current report, items 3.02, 8.01, and 9.01<br>Acc-no: 0001493152-17-006613 (34 Act)  Size: 53 KB | 2017-06-14 | 000-19871<br>17910555 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001493152-17-006352 (34 Act)  Size: 61 KB | 2017-06-09 | 000-19871<br>17901500 |
| 424B5 | Documents | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001493152-17-006218 (33 Act)  Size: 595 KB | 2017-06-06 | 333-217076<br>17893183 |
| 8-K | Documents | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001493152-17-006217 (34 Act)  Size: 426 KB | 2017-06-06 | 000-19871<br>17893177 |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-006042 (34 Act)  Size: 49 KB | 2017-05-31 | 000-19871<br>17882446 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001493152-17-005363 (34 Act)  Size: 4 MB | 2017-05-15 | 000-19871<br>17845761 |
| 8-K | Documents | Current report, items 2.02 and 9.01<br>Acc-no: 0001493152-17-005222 (34 Act)  Size: 154 KB | 2017-05-15 | 000-19871<br>17841066 |
| 8-K | Documents | Current report, items 1.01, 3.02, 5.03, and 9.01<br>Acc-no: 0001493152-17-005017 (34 Act)  Size: 299 KB | 2017-05-11 | 000-19871<br>17832731 |
| EFFECT | Documents | Notice of Effectiveness<br>Acc-no: 9999999995-17-000840 (33 Act)  Size: 1 KB | 2017-04-14 16:00:00 | 333-217076<br>17763475 |
| CORRESP | Documents | **[Cover]**Correspondence<br>Acc-no: 0001493152-17-003775 Size: 14 KB | 2017-04-12 | |
| UPLOAD | Documents | **[Cover]**SEC-generated letter<br>Acc-no: 0000000000-17-012189 Size: 36 KB | 2017-04-10 | |
| 8-K/A | Documents | **[Amend]** Current report, item 9.01<br>Acc-no: 0001493152-17-003601 (34 Act)  Size: 651 KB | 2017-04-06 | 000-19871<br>17746441 |
| S-3 | Documents | Registration statement under Securities Act of 1933<br>Acc-no: 0001493152-17-003206 (33 Act)  Size: 1 MB | 2017-03-31 | 333-217076<br>17730263 |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001493152-17-003049 (34 Act)  Size: 44 KB | 2017-03-30 | 000-19871<br>17726013 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0001493152-17-002678 (34 Act)  Size: 5 MB | 2017-03-21 | 000-19871<br>17703830 |
| 8-K | Documents | Current report, item 5.02<br>Acc-no: 0001493152-17-002459 (34 Act)  Size: 28 KB | 2017-03-15 | 000-19871<br>17690913 |

| Form | | | Description | Date | File Number |
|---|---|---|---|---|---|
| 8-K | Documents | | Current report, items 8.01 and 9.01<br>Acc-no: 0001009448-17-000018 (34 Act)  Size: 42 KB | 2017-02-24 | 000-19871<br>17635480 |
| SC 13G/A | Documents | | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001193125-17-043482 (34 Act)  Size: 105 KB | 2017-02-14 | 005-42389<br>17609333 |
| 3 | Documents | | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-17-004725 Size: 3 KB | 2017-02-07 | |
| 8-K | Documents | | Current report, items 1.01 and 5.02<br>Acc-no: 0001009448-17-000012 (34 Act)  Size: 47 KB | 2017-02-07 | 000-19871<br>17577425 |
| 8-K/A | Documents | Interactive Data | [Amend] Current report, item 9.01<br>Acc-no: 0001193125-17-031918 (34 Act)  Size: 3 MB | 2017-02-06 | 000-19871<br>17576283 |
| 8-K/A | Documents | | [Amend] Current report, item 9.01<br>Acc-no: 0001193125-17-029121 (34 Act)  Size: 50 KB | 2017-02-02 | 000-19871<br>17568394 |
| 8-K | Documents | | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001193125-17-022637 (34 Act)  Size: 34 KB | 2017-01-30 | 000-19871<br>17555416 |
| SC 13D/A | Documents | | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000010 (34 Act)  Size: 62 KB | 2017-01-09 | 005-42389<br>17518336 |
| SC 13D/A | Documents | | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000009 (34 Act)  Size: 61 KB | 2017-01-09 | 005-42389<br>17518329 |
| SC 13D/A | Documents | | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000008 (34 Act)  Size: 81 KB | 2017-01-09 | 005-42389<br>17518322 |
| SC 13D/A | Documents | | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000007 (34 Act)  Size: 105 KB | 2017-01-09 | 005-42389<br>17518300 |
| SC 13D/A | Documents | | [Amend] General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000006 (34 Act)  Size: 81 KB | 2017-01-09 | 005-42389<br>17518292 |
| SC 13D | Documents | | General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-17-000004 (34 Act)  Size: 87 KB | 2017-01-09 | 005-42389<br>17518259 |
| SC 13G/A | Documents | | [Amend] Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-17-000166 (34 Act)  Size: 40 KB | 2017-01-09 | 005-42389<br>17516087 |
| 424B5 | Documents | | Prospectus [Rule 424(b)(5)]<br>Acc-no: 0001193125-17-004081 (33 Act)  Size: 226 KB | 2017-01-06 | 333-193100<br>17513486 |
| 8-K/A | Documents | Interactive Data | [Amend] Current report, item 9.01<br>Acc-no: 0001193125-17-004037 (34 Act)  Size: 2 MB | 2017-01-06 | 000-19871<br>17513366 |

| | | | | |
|---|---|---|---|---|
| 8-K | Documents | Current report, items 1.01, 8.01, and 9.01<br>Acc-no: 0001193125-17-003127 (34 Act)  Size: 234 KB | 2017-01-05 | 000-19871<br>17511942 |
| S-3MEF | Documents | Registration adding securities to prior Form S-3 registration [Rule 462(b)]<br>Acc-no: 0001009448-17-000002 (33 Act)  Size: 108 KB | 2017-01-05 | 333-215432<br>17510007 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001193125-17-001868 (34 Act)  Size: 870 KB | 2017-01-04 | 000-19871<br>17505885 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001193125-17-001865 (34 Act)  Size: 870 KB | 2017-01-04 | 000-19871<br>17505868 |
| 8-K | Documents | Current report, items 3.02 and 8.01<br>Acc-no: 0001009448-16-000088 (34 Act)  Size: 26 KB | 2016-12-30 | 000-19871<br>162077845 |
| 8-K | Documents | Current report, items 7.01 and 9.01<br>Acc-no: 0001009448-16-000084 (34 Act)  Size: 3 MB | 2016-12-19 | 000-19871<br>162059284 |
| 8-K | Documents | Current report, items 1.01, 5.03, 8.01, and 9.01<br>Acc-no: 0001009448-16-000082 (34 Act)  Size: 327 KB | 2016-12-16 | 000-19871<br>162057038 |
| D | Documents | Notice of Exempt Offering of Securities, item 06b<br>Acc-no: 0001140361-16-089489 (33 Act)  Size: 11 KB | 2016-12-13 | 021-276164<br>162048443 |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-089458 Size: 3 KB | 2016-12-13 | |
| SC 13D | Documents | General statement of acquisition of beneficial ownership<br>Acc-no: 0001213900-16-019251 (34 Act)  Size: 49 KB | 2016-12-08 | 005-42389<br>162041414 |
| 8-K | Documents | Current report, items 5.02, 8.01, and 9.01<br>Acc-no: 0001009448-16-000078 (34 Act)  Size: 180 KB | 2016-12-08 | 000-19871<br>162041386 |
| SC 13D | Documents | General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-16-000077 (34 Act)  Size: 62 KB | 2016-12-08 | 005-42389<br>162041381 |
| SC 13D | Documents | General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-16-000073 (34 Act)  Size: 84 KB | 2016-12-08 | 005-42389<br>162041304 |
| SC 13G | Documents | Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001009448-16-000069 (34 Act)  Size: 58 KB | 2016-12-08 | 005-42389<br>162040867 |
| SC 13G | Documents | Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-16-019247 (34 Act)  Size: 39 KB | 2016-12-08 | 005-42389<br>162040805 |
| SC 13D | Documents | General statement of acquisition of beneficial ownership<br>Acc-no: 0001009448-16-000067 (34 Act)  Size: 62 KB | 2016-12-08 | 005-42389<br>162040714 |
| | | General statement of acquisition of beneficial | | |

| Form | | Description | Date | File Number |
|---|---|---|---|---|
| SC 13D | Documents | ownership<br>Acc-no: 0001009448-16-000065 (34 Act)  Size: 82 KB | 2016-12-08 | 005-42389<br>162040703 |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-089008 Size: 3 KB | 2016-12-07 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001213900-16-019150 Size: 3 KB | 2016-12-05 | |
| 8-K | Documents | Current report, items 2.01, 8.01, and 9.01<br>Acc-no: 0001193125-16-783908 (34 Act)  Size: 30 KB | 2016-12-02 | 000-19871<br>162031444 |
| SC 13G | Documents | Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0001213900-16-019096 (34 Act)  Size: 40 KB | 2016-12-01 | 005-42389<br>162028661 |
| 4 | Documents | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001213900-16-019069 Size: 10 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088271 Size: 3 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088268 Size: 6 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088219 Size: 4 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088218 Size: 5 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088211 Size: 3 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088209 Size: 4 KB | 2016-11-30 | |
| 3 | Documents | Initial statement of beneficial ownership of securities<br>Acc-no: 0001140361-16-088204 Size: 3 KB | 2016-11-30 | |
| 8-K | Documents | Current report, items 4.01, 5.03, and 8.01<br>Acc-no: 0001193125-16-779729 (34 Act)  Size: 522 KB | 2016-11-29 | 000-19871<br>162023431 |
| 8-K | Documents | Current report, items 1.01, 1.02, 2.01, 2.03, 3.02, 3.03, 5.01, 5.02, and 9.01<br>Acc-no: 0001193125-16-779597 (34 Act)  Size: 522 KB | 2016-11-29 | 000-19871<br>162022805 |
| 8-K | Documents | Current report, items 1.01 and 8.01<br>Acc-no: 0001299933-16-003205 (34 Act)  Size: 14 KB | 2016-11-15 | 000-19871<br>162000259 |
| 10-Q | Documents   Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0001193125-16-758803 (34 Act)  Size: 4 MB | 2016-11-03 | 000-19871<br>161971511 |
| DEFA14A | | Additional definitive proxy soliciting materials and Rule 14(a)(12) material<br>Acc-no: 0001193125-16-749915 (34 Act)  Size: | 2016-10-28 | 000-19871<br>161956459 |

| | Documents | 346 KB | | |
|---|---|---|---|---|
| 8-K | Documents | Current report, items 5.07 and 9.01<br>Acc-no: 0001299933-16-003118 (34 Act)  Size: 34 KB | 2016-10-27 | 000-19871<br>161955923 |
| DEFM14A | Documents | Definitive proxy statement relating to merger or acquisition<br>Acc-no: 0001193125-16-720328 (34 Act)  Size: 2 MB | 2016-09-27 | 000-19871<br>161903222 |
| PREM14A | Documents | Preliminary proxy statements relating to merger or acquisition<br>Acc-no: 0001193125-16-707708 (34 Act)  Size: 2 MB | 2016-09-13 | 000-19871<br>161881874 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001299933-16-002929 (34 Act)  Size: 10 KB | 2016-09-02 | 000-19871<br>161866729 |
| 8-K | Documents | Current report, item 8.01<br>Acc-no: 0001193125-16-683246 (34 Act)  Size: 12 KB | 2016-08-16 | 000-19871<br>161836829 |
| 8-K | Documents | Current report, items 8.01 and 9.01<br>Acc-no: 0001193125-16-683209 (34 Act)  Size: 33 KB | 2016-08-16 | 000-19871<br>161836665 |
| DEFA14A | Documents | Additional definitive proxy soliciting materials and Rule 14(a)(12) material<br>Acc-no: 0001193125-16-683210 (34 Act)  Size: 33 KB | 2016-08-16 | 000-19871<br>161836639 |
| 8-K | Documents | Current report, items 1.01, 1.02, 2.03, 3.02, 5.02, and 9.01<br>Acc-no: 0001193125-16-682077 (34 Act)  Size: 10 MB | 2016-08-15 | 000-19871<br>161834147 |

[ Previous 100 ] [ Next 100 ]

*https://www.sec.gov/cgi-bin/browse-edgar*

Home | Search the Next-Generation EDGAR System | Previous Page                      Modified 07/18/2014