| FORM 3 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | | OMB APPROVAL | |
|---|---|---|---|---|
| | INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES | | OMB Number: | 3235-0104 |
| | | | Expires: | December 31, 2014 |
| | Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | | Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br><br>Mona Joseph | 2. Date of Event Requiring Statement (Month/Day/Year)<br><br>11/16/2018 | 3. Issuer Name **and** Ticker or Trading Symbol<br>Microbot Medical Inc. [MBOT] | |
|---|---|---|---|
| (Last)    (First)    (Middle)<br>808 HAMPTON ST | | 4. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>\_\_\_ Director    \_X\_ 10% Owner<br>\_\_\_ Officer (give title below)    \_\_\_ Other (specify below) | 5. If Amendment, Date Original Filed(Month/Day/Year) |
| (Street)<br>COLUMBIA, SC 29201 | | | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>\_X\_ Form filed by One Reporting Person<br>\_\_\_ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | Table I - Non-Derivative Securities Beneficially Owned | | |

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Microbot Medical Common Stock | 300,320 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC 1473 (7-02)

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Mona Joseph<br>808 HAMPTON ST<br>COLUMBIA, SC 29201 | | X | | |

## Signatures

| Joseph Mona | 10/18/2019 |
|---|---|
| \*\*Signature of Reporting Person | Date |

**Explanation of Responses:**

\*   If the form is filed by more than one reporting person, *see* Instruction 5(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

| FORM 5 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). <br> ☐ Form 3 Holdings Reported <br> ☐ Form 4 Transactions Reported | Washington, D.C. 20549 <br><br> **ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES** <br><br> Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0362 <br> Expires: January 31, 2014 <br> Estimated average burden hours per response... 1.0 |

| 1. Name and Address of Reporting Person * <br> Mona Joseph | 2. Issuer Name **and** Ticker or Trading Symbol <br> Microbot Medical Inc. [MBOT] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> ___ Director   _X_ 10% Owner <br> ___ Officer (give title below)   ___ Other (specify below) |
|---|---|---|
| (Last)     (First)     (Middle) <br> 808 HAMPTON ST | 3. Statement for Issuer's Fiscal Year Ended (Month/Day/Year) <br> 12/31/2018 | |
| (Street) <br> COLUMBIA, SC 29201 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Reporting (check applicable line) <br> _X_ Form Filed by One Reporting Person <br> ___ Form Filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| Microbot Medical Common Stock | 11/19/2018 | | P5 | 2,400 | A | $2.99 | 348,971 | D | |
| Microbot Medical Common Stock | 11/21/2018 | | P5 | 24,873 | A | $2.21 | 348,971 | D | |
| Microbot Medical Common Stock | 11/21/2018 | | S5 | 6,309 | A | $2.96 | 348,971 | D | |
| Microbot Medical Common Stock | 11/26/2018 | | P5 | 37,986 | A | $1.95 | 348,971 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 2270 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Mona Joseph <br> 808 HAMPTON ST <br> COLUMBIA, SC 29201 | | X | | |

**Signatures**

| Joseph Mona | 10/18/2019 |
|---|---|
| ** Signature of Reporting Person | Date |

## Explanation of Responses:

\* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

| FORM 5 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).<br>e Form 3 Holdings Reported<br>e Form 4 Transactions Reported | **ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0362<br>Expires: January 31, 2014<br>Estimated average burden hours per response... 1.0 |

| 1. Name and Address of Reporting Person *<br>Mona Joseph | 2. Issuer Name **and** Ticker or Trading Symbol<br>Microbot Medical Inc. [MBOT] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>___ Director      _X_ 10% Owner<br>___ Officer (give title below)   ___ Other (specify below) |
|---|---|---|
| (Last)      (First)      (Middle)<br>808 HAMPTON ST | 3. Statement for Issuer's Fiscal Year Ended (Month/Day/Year)<br>12/31/2018 | |
| (Street)<br>COLUMBIA, SC 29201 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Reporting (check applicable line)<br>_X_ Form Filed by One Reporting Person<br>___ Form Filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| Microbot Medical Common Stock | 01/08/2019 | | S | 2,269 | A | $2.7 | 0 | D | |
| Microbot Medical Common Stock | 01/09/2019 | | P5 | 14,280 | A | $2.19 | 0 | D | |
| Microbot Medical Common Stock | 01/09/2019 | | S | 2,269 | A | $2.7 | 0 | D | |
| Microbot Medical Common Stock | 01/14/2019 | | S5 | 281,773 | A | $8.16 | 0 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 2270 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Issuer's Fiscal Year (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Mona Joseph<br>808 HAMPTON ST<br>COLUMBIA, SC 29201 | | X | | |

# Signatures

| | |
|---|---|
| Joseph Mona | 10/18/2019 |
| \*\*Signature of Reporting Person | Date |

## Explanation of Responses:

\*   If the form is filed by more than one reporting person, see Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.