**Ex. B to Plaintiff's Oct. 25, 2019 Letter to M.J. Lehrburger**

|  | Date | Transaction | # of Shares Purchased/Sold | Price/Share | # of Shares Outstanding | Ben. Ownership (%) *(following transaction)* | Mona Reported? |
|---|---|---|---|---|---|---|---|
| (1) | Nov. 19, 2018 | Purchase | 2,400 | $2.9975 | 2,975,676 | 302,720 (10.17%) | Yes |
| (2) | Nov. 21, 2018 | Purchase | 24,873 | $2.2114 | 2,975,676 | 327,593 (11.01%) | Yes |
| (3) | Nov. 21, 2018 | Sale | 6,309 | $2.9556 | 2,975,676 | 321,284 (10.8%) | Yes |
| (4) | Nov. 26, 2018 | Purchase | 37,986 | $1.9541 | 2,975,676 | 359,270 (12.07%) | Yes |
| (5) | Jan. 8, 2019 | Sale | 2,269 | $2.6983 | 3,012,343 | 357,001 (11.85%) | Yes |
| (6) | Jan. 9, 2019 | Purchase | 14,280 | $2.1873 | 3,012,343 | 371,281 (12.33%) | Yes |
| (7) | Jan. 9, 2019 | Sale | 1,280 | $2.2678 | 3,012,343 | 370,001 (12.28%) | No |
| (8) | Jan. 14, 2019 | Purchase | 1,773 | $6.4391 | 3,012,343 | 371,774 (12.34%) | No |
| (9) | Jan. 14, 2019 | Sale | 281,273 | $8.1554 | 3,012,343 | 90,501 (3%) | Combined into sale of 281,773 shares @ $8.16 |
| (10) | Jan. 14, 2019 | Sale | 500 | $10.3 | 3,012,343 | 90,001 (2.99%) | |
| (11) | Jan. 15, 2019 | Purchase | 19,593 | $9.3982 | 3,012,343 | 109,594 (3.64%) | |
| (12) | Jan. 15, 2019 | Sale | 103,597 | $11.778 | 3,012,343 | 5,997 (0.2%) | |
| (13) | Jan. 16, 2019 | Purchase | 1,404 | $10.9916 | 3,012,343 | 7,401 (0.25%) | |
| (14) | Jan. 16, 2019 | Sale | 7,400 | $10.3093 | 3,012,343 | 1 (0%) | |