UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICROBOT MEDICAL INC.

*Plaintiff*,

– against –

ALLIANCE INVESTMENT MANAGEMENT LTD.

*Defendant*.

------------------------------------------------------------------------ x

Case No.: 19-CV- 3782 (GBD) (RWL)

### DEFENDANT'S NOTICE OF MOTION FOR
### <u>SUMMARY JUDGMENT</u>

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of

Defendant's Motion for Summary Judgment dated October 28, 2019, the Declaration of

Danielle M. McLaughlin in Support of Defendant's Motion for Summary Judgment dated

October 28, 2019 and all exhibits attached thereto, Defendant's Rule 56.1 Statement of

Undisputed Material Facts, and upon all the papers and proceedings had herein, Defendant

Alliance Investment Management Ltd. will move this court, before the Honorable George

B. Daniels, at the Daniel Patrick Moynihan United States Courthouse for the Southern

District of New York located at 500 Pearl St., New York, NY 10007-1312 on a date and at

a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil

Procedure 56 granting summary judgment to Defendants on the basis that there is no

genuine dispute of the dispositive material fact in this case: that the beneficial owner of the

shares of Plaintiff's stock alleged to have been traded in violation of Section 16(b) of the

Securities Exchange Act of 1934, 15 U.S.C. 78b(p) is not the sole defendant in this case.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1, Plaintiff's opposition papers must be filed by November 12, 2019 and Defendant's Reply must be filed by November 19, 2019.

Defendant hereby respectfully requests oral argument on its motion for summary judgment.

FORD O'BRIEN LLP

  /s/Danielle M. McLaughlin
Adam Ford
Robert Landy
Danielle McLaughlin
575 5th Avenue, 17th Floor
New York, NY 10017
aford@fordobrien.com
rlandy@fordobrien.com
dmclaughlin@fordobrien.com
*Attorneys for Defendant Alliance*
*Investment Management Ltd.*

Dated: New York, New York
        October 28, 2019