UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MICROBOT MEDICAL INC.

                    *Plaintiff*,

         – against –                    Case No.: 19-CV- 3782 (GBD) (RWL)

ALLIANCE INVESTMENT MANAGEMENT LTD., and
JOSEPH MONA,

                    *Defendants*.
------------------------------------------------------------------- x

## DEFENDANT'S NOTICE OF RENEWED MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Defendant's Renewed Motion for Summary Judgment dated December 3, 2019, the Declaration of Danielle M. McLaughlin in Support of Defendant's Motion for Summary Judgment dated December 3, 2019 and all exhibits attached thereto, Defendant's Rule 56.1 Statement of Undisputed Material Facts, and upon all the papers and proceedings had herein, Defendant Alliance Investment Management Ltd. ("Alliance") will move this court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007-1312 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment to Alliance on the basis that there is no genuine dispute of the sole, dispositive material fact in this case: that Alliance is not the beneficial owner of the shares of Plaintiff's stock alleged to have been traded in violation of Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. 78b(p).

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1, Plaintiff's opposition papers must be filed by December 17, 2019 and Defendant Alliance's Reply must be filed by December 26, 2019.

Defendant hereby respectfully requests oral argument on its motion for summary judgment.

FORD O'BRIEN LLP

  /s/Danielle M. McLaughlin
Adam Ford
Robert Landy
Danielle McLaughlin
575 5th Avenue, 17th Floor
New York, NY 10017
aford@fordobrien.com
rlandy@fordobrien.com
dmclaughlin@fordobrien.com
*Attorneys for Defendant Alliance Investment Management Ltd.*

Dated: New York, New York
         December 3, 2019

2