# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL  DAVIDLOPEZESQ@AOL.COM

December 4, 2019

Hon. George B. Daniels
Judge of the United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Microbot Medical, Inc. v. Alliance Investment Management, Ltd.
      19 Civil 3782 (GBD)(RWL) // Defendant's Motion For Summary Judgment,
      Request For Briefing Schedule

Your Honor:

The Defense filed with the court a Motion For Summary Judgment under F.R.C.P. Rule 56 yesterday, December 3, 2019 (Docket #45).

I am one of Plaintiffs' counsel and I write to request a briefing schedule.

Rule 11, F.R.C.P. allows the party against whom sanctions are sought 21 days to withdraw his or her challenged motion. Plaintiffs intend to serve such a motion on Friday, December 6, 2019. Plaintiffs respectfully request a date certain on which their opposition to the Motion For Summary Judgment will be due. We respectfully suggest 31 days from Friday: 21 days for Defense Counsel to consider whether to withdraw their motion; and 10 days for Plaintiff to file its opposition should the Motion For Summary Judgment continue. That date would be February 10, 2020.

Very truly yours,

David Lopez

DL/el
Cc:  All Counsel Via ECF