USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 14 2020

# MIRIAM TAUBER LAW

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

FEB 14 2020

SO ORDERED
The status conference scheduled for March 10, 2020 is adjourned to March 24, 2020 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

<u>Via ECF</u>
Hon. George B. Daniels, U.S.D.C. (S.D.N.Y.)

Re:   *Microbot Med., Inc. v. Alliance Inv. Mgmt., et. al.*, No. 1:19-cv-3782-GBD

**Pre-Trial Conference Scheduling Confusion &
<u>Request for Revised Scheduling Order (Relating to Additional Defendant)</u>**

Your Honor:

I am one of Plaintiff's attorneys.

I write on behalf of all parties to apologize to the Court (and to the court reporter) for the parties' absence at the Final Pre-Trial Conference, which we understand the Court was prepared to hold yesterday, February 11, 2020.

The final Pre-Trial conference was originally set for February 11, 2020 (yesterday), pursuant to the initial Scheduling Order entered on July 31, 2019 (Dkt #19). We respectfully note that this initial Scheduling Order was revised on October 7, 2019 (*see* Dkt #32). The revised Order extended all case events by 30 days—including the final Pre-Trial Conference date, which was postponed until March 11, 2020.

By way of explanation, counsel for the parties did not appear before the Court yesterday because we were following the revised Scheduling Order. We nonetheless deeply regret the inconvenience to the Court caused by the scheduling misunderstanding.

The parties also respectfully suggest that further revisions to the outstanding discovery deadlines set by the current Scheduling Order (as entered at Dkt #32) are needed, in view of Plaintiff's First Amended Complaint (FAC) naming an additional Defendant, Joseph Mona (Dkt #44) and Mona's assertion of a Counterclaim in his Answer to the FAC. (Dkt #59).

We note that discovery has been stayed as to the original Defendant, Alliance Investment Management, Ltd. ("Alliance"), pending resolution of the outstanding Motions for Summary Judgment and Sanctions filed by the parties (Dkts #45, #54, #55, #60; *see* Order staying discovery, at Dkt #53). For the avoidance of doubt, the parties look forward

to the Court's decision on these pending Motions, and do not presently seek to lift the discovery stay as to Defendant Alliance.

The original and revised schedule jointly proposed by the parties is as follows:

|  | **Outstanding Deadline** | **Proposed Deadline** |
|---|---|---|
| **Answer to Counterclaim** | February 25, 2020 *(per F.R.C.P. 12(a)(1)(B))* | March 4, 2020 |
| **Discovery Cutoff** *(as to Defendant Mona only)* | *Not yet set* | May 20, 2020 |
| **Dispositive Motions** *(Mona claims only)* | *Not yet set* | June 8, 2020 |
| **Pre-Trial Order** | March 4, 2020 *(per Dkt #32)* *(as to Defendant Alliance only)* | June 29, 2020 *(as to all parties/claims)* |
| **Trial Ready Date** | April 3, 2020 *(Dkt #32)* *(Alliance claims only)* | July 13, 2020 *(all parties/claims)* |

The parties suggest a **Status Conference** on: **March 25, 2020** *(or as otherwise scheduled at the Court's convenience)*.

Once again, we sincerely apologize for yesterday's misunderstanding regarding the scheduled Pre-Trial Conference. All parties and their counsel greatly appreciate the Court's time and attention to this case.

Very truly yours,

*s/ Miriam Tauber*
Miriam Tauber

*Attorney for Plaintiff Microbot Medical, Inc.*

cc:   all counsel (via ECF)