UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Microbot Medical, Inc.
        Plaintiff(s),

-against-

Alliance Investment Management, Ltd., et al
        Defendant(s).
------------------------------------------------------------X

19cv3782(GBD)
ORDER



GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 24, 2020 is adjourned to May 26, 2020 at 9:45 a.m.

Dated: New York, New York
March 19, 2020

GEORGE B. DANIELS
United States District Judge