**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MICROBOT MEDICAL, INC.,

                Plaintiff,

  -against-

JOSEPH MONA,

                Defendant.

------------------------------------- X

ORDER

19 Civ. 3782 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on October 13, 2020 at 9:45 a.m. is hereby cancelled.

Dated: October 6, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE