**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICROBOT MEDICAL, INC.,

                Plaintiff,                      19 **CIVIL** 3782 (GBD)(RWL)

     -against-                           **JUDGMENT**

JOSEPH MONA,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2021, Magistrate Judge Lehrburger's Report is ADOPTED. Microbot's motion for judgment on the pleadings and motion to dismiss Defendant Mona's counterclaim, (ECF No. 81), is GRANTED. Judgment is entered in favor of Microbot in the amount of $484,614.30. Defendant Mona's counterclaim against Microbot is dismissed with leave to attempt to replead his proposed Section 10(b) and Rule 110b-5 counterclaim solely with regard to the following statements: (1) Roe's statement that Microbot's "shares were going to get to $10" and that he "purchased 10,000 shares in the company"; and (2) Altavilla's statements that Gadot was "in Minneapolis on business, meeting two Fortune 500 companies," and that he expected Microbot "to sign an SCS partnership any day."

**Dated:**  New York, New York
           March 31, 2021

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                              **BY:**   *K. Mango*
                                                                **Deputy Clerk**