```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICROBOT MEDICAL, INC.,                        :
                                               :    19-cv-3782 (GBD) (RWL)
        Plaintiff, Counter-Defendant           :
                                               :
        - against -                            :    ORDER
                                               :
JOSEPH MONA,                                   :
                                               :
        Defendant, Counter-Claimant.           :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion for reconsideration for Rule 54(b) certification (Dkt. 132) is denied without prejudice to renewal in the event that defendant does not proceed expeditiously or employs dilatory tactics.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2021
       New York, New York

Copies transmitted this date to all counsel of record.