```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

    Plaintiff, Counter-Defendant

       - against -

JOSEPH MONA,

    Defendant, Counter-Claimant.
------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the parties' dispute concerning the discovery schedule. *See* Dkts. 141-142. The counterclaim at issue is simpler than a typical securities case and concerns a few discrete statements allegedly asserted by two third-party individuals. Discovery regarding what is actually at issue should be narrow and not require an extended discovery schedule. Accordingly, (1) all fact discovery shall be completed by December 15, 2021; (2) whether any expert discovery is warranted should be discussed between the parties as the case progresses, and if there is a dispute on that question, the parties shall bring it to the Court's attention by November 1, 2021.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1