UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MICROBOT MEDICAL, INC.,                              :
                                                     :          19-CV-3782 (GBD) (RWL)
     Plaintiff, Counter-Defendant          :
                                                     :
       - against -                       :          **ORDER**
                                                     :
JOSEPH MONA,                                         :
                                                     :
     Defendant, Counter-Claimant.          :
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/21/2021__
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     For the reasons stated on the record at the October 21, 2021 conference, this order resolves the parties' applications filed at Dkts. 145 and 147.

     1.    Plaintiff's request for appointment of a guardian ad litem and to file for summary judgement are denied without prejudice as premature.

     2.    The deposition of Marcus Mona may proceed by virtual means.

     3.    Requests to preclude will be dealt with on an individual basis at the appropriate juncture; generally speaking, however, parties will be precluded from introducing evidence that they could and should have produced in response to discovery requests..

     4.    Plaintiff's renewed request for partial execution on the judgment is denied without prejudice.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2021
       New York, New York

Copies transmitted this date to all counsel of record.