```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICROBOT MEDICAL, INC.,                         :
                                                :       19-CV-3782 (GBD) (RWL)
        Plaintiff, Counter-Defendant            :
                                                :
        - against -                             :       ORDER
                                                :
JOSEPH MONA,                                    :
                                                :
        Defendant, Counter-Claimant.            :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery issues raised at Dkts. 161, 165, and 169.

1.   By February 16, 2022, Microbot shall produce (a) 2017 documents regarding alleged omissions about Alpha's convertible note, and (b) the transcript of the February 2018 investor/town-hall call. Mona's request for officer/director 10b-5 trading plan documents is denied.

2.   By February 16, 2022, Mona shall produce the basis of his calculation of alleged damages.

3.   On a monthly basis, Mona shall produce redacted page(s) showing the balance of funds in the accounts (including but not limited to domestic Interactive Brokers account) for which Mona asserts he has sufficient funds to satisfy the Judgment.

4. Fact discovery is extended until April 29, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2022
New York, New York

Copies transmitted this date to all counsel of record.