UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICROBOT MEDICAL, INC.,                                 :
                                                        :   19-CV-3782 (GBD) (RWL)
      Plaintiff, Counter-Defendant                     :
                                                        :
      - against -                                      :   **ORDER**
                                                        :
JOSEPH MONA,                                            :
                                                        :
      Defendant, Counter-Claimant.                     :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the request for reconsideration at Dkt. 174 concerning certain discovery rulings. The motion for reconsideration is denied; there are no facts or law that the Court overlooked and there is nothing new to warrant reconsideration. The discovery rulings stand.

      The Court observes that this litigation is consuming considerable resources and that it may be beneficial for the parties to have a settlement conference with the Court. My Deputy Clerk will coordinate a date with the parties.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2022
       New York, New York

Copies transmitted this date to all counsel of record.