UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

    Plaintiff, Counter-Defendant

        - against -

JOSEPH MONA,

    Defendant, Counter-Claimant.
-------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    For the reasons stated on the record at the June 27, 2022 conference, this order resolves the parties' applications filed at Dkts. 190 and 191 as follows.

    1.    As represented by Microbot's counsel during the **June 27, 2022** conference, Microbot will produce the outstanding 2017 documents regarding Alpha's convertible note by June 27, 2022.

    2.    By **July 1, 2022** Mona shall produce outstanding brokerage statements and responses to requests to admit.

    3.    By **July 5, 2022**, Mona shall provide Microbot with a list of the documents produced by non-party Integra that Mona believes should have been produced by Microbot.

    4.    By **July 12, 2022**, Microbot shall provide an affidavit of an individual with personal knowledge to explain why the documents identified pursuant to number 1 above were not produced by Microbot.

    5.    Mona reserves his rights to move for sanctions with respect to Microbot's production of documents.

6. The final deadline to complete fact discovery is extended to **July 25, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2022
New York, New York

Copies transmitted this date to all counsel of record.