# MIRIAM TAUBER LAW

885 Park Ave. 2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

July 17, 2022

**Via ECF**
Hon. Robert W. Lehrburger, U.S.M.J. (S.D.N.Y.)

**Re:** *Microbot Medical Inc. v. Mona,* **No. 1:19-cv-3782-GBD (RWL)**
**Request for Extension of Time to Provide Discovery Affidavit**

Dear Judge Lehrburger:

    I write on behalf of Microbot Medical, Inc., to request an extension of time to provide the affidavit ordered by the Court in response to Mona's proposed motion for sanctions. As I informed Mona's counsel, Microbot has encountered difficulty in providing the required affidavit as a result of changes in Microbot's IT personnel and contractors.

    As I informed Mona's counsel, Microbot is taking this matter seriously and is endeavoring to investigate why certain emails produced by Integra did not appear in Microbot's search for relevant documents. I have spoken with Microbot's administrator numerous times this week in an effort to understand the technical issues and identify personnel with institutional knowledge to provide the required affidavit.

    Mona's counsel previously graciously agreed to Microbot's request for an extension of the initial deadline to provide the affidavit *from Monday, July 12*, to Friday, July 15, 2022. Unfortunately, the process of coordinating the collection of the required information has been complicated by the the time difference with Israel, where Microbot's IT staff is located. As I also informed Microbot's counsel, I will be unavailable due to an outstanding family commitment on Monday and will need to re-connect with my client on Tuesday.

    Accordingly, I have asked Mona's counsel to accommodate my personal request for a further extension *until Wednesday, July 20, 2022,* to provide the discovery affidavit. Mona's counsel has not agreed.

    Respectfully submitted,

*s/ Miriam Tauber*
**Miriam Tauber** (*Attorney for Microbot Medical Inc.*)

cc:    All counsel (via ECF)