# MIRIAM TAUBER LAW

885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

July 22, 2022

**Via ECF**:   Hon. Robert W. Lehrburger, U.S.M.J. (S.D.N.Y.)

*Microbot Medical Inc. v. Mona,* **No. 1:19-cv-3782-GBD (RWL)**

       **Re:**  **Signed Discovery Affidavit**

Dear Judge Lehrburger:

  The discovery Affidavit submitted by Microbot Medical, Inc., and signed by Roey Aviram of Dor-Systems, Ltd. is attached to this letter.

  The only change to the Affidavit as filed at Dkt #196-1 is to correct the date on which Dor-Systems was initially engaged as Microbot's IT contractor, which was in January 2021, not in 2019 as stated in the prior (unsigned version).

  As described in the Affidavit and in my prior letter filed at Dkt #196, at the time Dor-Systems was initially engaged (in January 2021), Harel Gadot's files from November 2018 onwards were locally stored, and files from prior to November 2018 had been archived by Microbot's prior IT contractor. Microbot will re-process and re-search these files and proposes to complete this new search by August 1, 2022.

      Respectfully,

      *s/ Miriam Tauber*
      **Miriam Tauber** (*Attorney for Microbot Medical Inc.*)

cc: all counsel (via ECF)