USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

      Plaintiff, Counter-Defendant

      - against -

JOSEPH MONA,

      Defendant, Counter-Claimant.
-------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By previous orders, discovery ended on July 25, 2022, subject to an extension of time until August 1, 2022 for Plaintiff to produce certain additional material. With no further activity having occurred on the docket, the Court understands discovery to be closed. By September 19, 2022, the parties shall file a joint status letter.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2022
        New York, New York

Copies transmitted this date to all counsel of record.