**MIRIAM TAUBER LAW**
885 Park Ave. #2A • New York NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2023

April 21, 2023

<u>Via ECF</u>
Hon. George B. Daniels, U.S.D.J. (S.D.N.Y.)

Re:   *Microbot Medical Inc.* et. al. v. *Mona*, No. 19-CV-3782

**Request for Extension of Deadline to File**
<u>**Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction**</u>

Your Honor:

On behalf of the Plaintiff, I respectfully request a 3-week extension of Plaintiff's deadline to oppose Defendant's motion to dismiss for lack of jurisdiction (Dkt #220).

This is Plaintiff's first request to extend the opposition deadline.

Defendant consents to the extension Plaintiff requests.

Current and proposed revised deadlines are as follows:

<u>Plaintiffs' Opposition</u>
Current Deadline:            April 26, 2023
Proposed Extended Deadline:  **May 17, 2023**

<u>Defendants' Reply:</u>
Current Deadline:            May 3, 2023
Proposed Extended Deadline:  **May 24, 2023**

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber

*Attorney for Plaintiffs*

cc:   All counsel (via ECF)

SO ORDERED:
4/24/2023  /s/
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE