UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
MICROBOT MEDICAL, INC., :
:
Plaintiff, :
:
-against- : AMENDED ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
JOSEPH MONA, : 19 Civ. 3782 (GBD) (RWL)
:
Defendant. :
:
:
---------------------------------- x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:

__ Settlement

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

__ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation): **ECF No. 220: Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction**

Dated: April 26, 2023

SO ORDERED.

_____
George B Daniels
United States District Judge