**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICROBOT MEDICAL, INC.,

                      Plaintiff,                19 **CIVIL** 3782 (GBD)(RWL)

      -against-                            **JUDGMENT**

JOSEPH MONA,

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 22, 2023, Magistrate Judge Lehrburger's Report is ADOPTED in full. Microbot's motion for summary judgment is GRANTED and Mona's counterclaim is dismissed with prejudice.

**Dated:** New York, New York
          August 22, 2023

                                                                 **RUBY J. KRAJICK**

                                                                 _____
                                                                     **Clerk of Court**

                                **BY:**              *K. Mango*

                                                                  _____
                                                                     **Deputy Clerk**