```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROBOT MEDICAL, INC.,                           :
                                                  :         19-CV-3782 (GBD) (RWL)
                Plaintiff, Counter-Defendant      :
                                                  :
        - against -                               :         ORDER
                                                  :
JOSEPH MONA,                                      :
                                                  :
                Defendant, Counter-Claimant.      :
------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 3/15/2024**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas judgment was entered in favor of Plaintiff against Defendant Joseph Mona in the amount of $484,614.30 on March 31, 2021 (Dkt. 107) (the "Judgment"); and

Whereas Defendant's motion to vacate and dismiss for lack of standing was resolved in Plaintiff's favor on March 5, 2024 (Dkt. 265); and;

Whereas no amount of the Judgment has been satisfied; and

Whereas Defendant Mona has not posted a bond for any amount of the Judgment pursuant to Fed. R. Civ. P. 60(c); and

Whereas neither Defendant Joseph Mona nor Marcus Mona have complied with Information Subpoenas served on them seeking both production of documents and their depositions; and

Whereas Plaintiff has moved to compel compliance with the Information Subpoenas (Dkt. 267); and

Whereas Defendant Joseph Mona has not demonstrated any permissible ground on which to stay enforcement of the Judgment without complying with Fed. R. Civ. P. 60(c);

1

IT IS HEREBY ORDERED THAT,

1. Joseph Mona and Marcus Mona comply with the Information Subpoenas; and

2. Joseph Mona and Marcus Mona produce the information requested by the Subpoenas by April 1, 2024; and

3. Joseph Mona and Marcus Mona make themselves available for deposition in aid of enforcement by April 15, 2024; and

4. Failure to comply with this Order will result in sanctions.

The Court will separately address Plaintiff's request for an order to show cause concerning turnover of assets.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2024
       New York, New York

Copies transmitted this date to all counsel of record.