```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

    Plaintiff, Counter-Defendant

    - against -

JOSEPH MONA,

    Defendant, Counter-Claimant.
------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER TO SHOW CAUSE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    It is hereby ORDERED that Defendant/Judgment Debtor Joseph Mona; and Garnishees Interactive Brokers, LLC; and The Charles Schwab Corporation SHOW CAUSE why an Order should not issue pursuant to Fed. R. Civ. P. 69(a)(1) and N.Y.C.P.L.R §5225(b) directing that any non-cash assets held in restrained accounts in Mona's name be liquidated, and that the balance of all such accounts then be transferred to Microbot immediately in satisfaction of the §16(b) Judgment entered by this Court in the amount of $484,614.30, which remains outstanding, together with interest thereon due from March 31, 2021; and/or granting such other relief to Microbot as the Court deems appropriate. This Order excludes any amounts turned over by Interactive Brokers in connection with the Writ of Execution issued by the District of Connecticut prior to the date of the Order to Show Cause hearing provided below.

    1. A hearing on this Order to Show Cause will be held before Judge Lehrburger at 2:00 p.m. on April 8, 2024, via Microsoft Teams.

2. This Order to Show Cause is to be served by Plaintiff no later than March 19, 2024, on Mona and the Garnishees, by email to their respective counsel, with proof of service filed by March 21, 2024.

3. Any response to this Order must be filed by April 1, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2024
         New York, New York

Copies transmitted this date to all counsel of record.