| | |
|---|---|
| **Subject:** | Order to Show Cause re Interactive Brokers; Charles Schwab (re Microbot v Mona, 19 cv 3782, SDNY) |
| **Date:** | Friday, March 15, 2024 at 5:43:53 PM Eastern Daylight Time |
| **From:** | Miriam Tauber <miriamtauberlaw@gmail.com> |
| **To:** | Jerome Tutaj <jtutaj@interactivebrokers.com>, Coleman, Keisha <colemank@ballardspahr.com>, Daley, Althea <daleya@ballardspahr.com>, Jeffrey Benner <jbenner@interactivebrokers.com> |
| **CC:** | Andrew Robertson <andrew@moka.law>, David Lopez <DavidLopezEsq@aol.com> |
| **Priority:** | High |
| **Attachments:** | otsc order.pdf |

## By Email:

**Interactive Brokers, LLC**
c/o Jerome Tutaj; Jeffrey Benner, *Counsel*
jtutaj@interactivebrokers.com; jbenner@interactivebrokers.com

**Charles Schwab Co.**
c/o Keisha Coleman; Althea Daley
Ballard Spahr LLP, *Counsel for Schwab*
colemank@ballardspahr.com; daleya@ballardspahr.com

Counsel:

As you know, we are counsel to Microbot Medical, Inc., Plaintiff/Judgment Debtor in the above referenced action. Per our previous correspondence, accounts held by Judgment Debtor Joseph Mona at Interactive and Charles Schwab are currently restrained pending satisfaction of the outstanding Judgment entered in favor of our client.

**Please see the attached Order to Show Cause entered by Judge Lehrburger today with reference to Mona's accounts.**

Note: Responses to the OTSC are required by April 1, 2024. The hearing is set to be held before Judge Lehrburger (remotely) on April 8, 2024, at 2:00 PM. See the OTSC for further details.

***The attached OTSC is served on each of Interactive Brokers and Charles Schwab by email to their respective copied counsel, pursuant to Paragraph 2 of the OTSC.***

**Kindly acknowledge receipt.**

Thank you for your cooperation.

Regards.

Miriam Tauber
*Attorney for Microbot Medical Inc. (Judgment Creditor)*

**cc (by email):**
    David Lopez, *co-counsel for Microbot*
    Andrew Robertson (Morris Kandinov LLP), *counsel for Joseph Mona (Judgment Debtor)*