

Andrew W. Robertson
Partner
+1.332.282.6639
andrew@moka.law

March 26, 2024

**BY ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

RE: *Microbot Medical Inc. v. Joseph Mona*, No. 19-cv-3782 (GBD) (RWL)

Dear Judge Lehrburger:

I am counsel for Defendant Joseph Mona in the above-referenced action, and I write concerning the hearing on Plaintiff's Order to Show Cause (the "Hearing"), which is currently scheduled for April 8, 2024 at 2:00 pm ET, via Microsoft Teams. Due to a conflict at the scheduled time, I respectfully request an adjournment of the Hearing.

Counsel for Plaintiff Microbot Medical Inc. has consented to an adjournment to another time during the week of April 8, 2024. Counsel for both parties are available before 12:00 pm ET on April 8, or any time on April 9, 11, or 12, 2024, if any of those times is acceptable to Your Honor.

Counsel for non-parties Interactive Brokers and Schwab were made aware of our intent to seek an adjournment of the Hearing and did not express any objection.

Defendant appreciates Your Honor's consideration of this matter.

Respectfully,

Andrew W. Robertson

cc: All counsel of record via ECF