ABSTRACT OF JUDGMENT

Re: Microbot Medical, Inc. v. Mona

Case Number: 19-CV-3782

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Joseph Mona<br>100 Western Pointe Drive<br>Columbia, South Carolina 29229 | Microbot Medical, Inc.<br>25 Recreation Park Drive, Suite 108<br>Hingham, MA 02043 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $484,614.30 | Counsel for Joseph Mona (Judgment Debtor):<br>   Andrew Robertson<br>   Morrison Kandinov LLP<br>   305 Broadway 7th Floor<br>   New York NY 10007<br>   Andrew@MoKa.Law<br><br>Counsel for Microbot Medical, Inc. (Judgment Creditor):<br>   Miriam Tauber<br>   Miriam Tauber Law PLLC<br>   885 Park Ave. 2A<br>   New York NY 10075<br>   MiriamTauberLaw@gmail.com | March 31, 2021<br>(Dkt. 107) |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
**By, Deputy Clerk**