USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

    Plaintiff, Counter-Defendant

    - against -

JOSEPH MONA,

    Defendant, Counter-Claimant.
------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 8, 2024, Defendant Mona filed with the Court a copy of a fully executed appeal bond, the form of which previously was approved by the Court. (See Dkt. 286.) Accordingly, Defendant's motion at Dkt. 291 is granted. All proceedings to enforce the judgment in this action are stayed pending resolution of Defendant's appeal before the Second Circuit. Additionally, Plaintiff shall lift any garnishment or other restriction previously imposed on Defendant's bank, investment, and other financial accounts, including his accounts with IAB, Schwab, and First Citizen's Bank by no later than May 14, 2024.

Plaintiff's emergency letter motion at Dkt. 290 is denied as moot.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkt. 290 and 291.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2024
New York, New York

Copies transmitted this date to all counsel of record.