UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICROBOT MEDICAL, INC.,

                Plaintiff,

- against -

JOSEPH MONA,

                Defendant.
------------------------------------------------------------X

19-CV-3782 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case was stayed pending the Second Circuit's decision of the appeal. On March 4, 2025, the Circuit issued its Mandate affirming the judgment. (Dkt. 298.) Accordingly, the stay previously in force is lifted. Plaintiff's application at Dkt. 278 concerning an Abstract and Certification of judgment is denied without prejudice as stale. Plaintiff may proceed with renewing its request to the Clerk of Court. Should the Court's involvement be needed, Plaintiff may renew its application to the Court.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 278.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1